**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| TTNA, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.  3:16-cv-305 |
| | § | |
| v. | § | |
| | § | |
| | § | JURY TRIAL DEMANDED |
| Baby Dolls Cabaret Ltd., *et al*., | § | |
| | § | |
| Defendants. | § | |

**<u>PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)</u>**

Plaintiff effected service on Defendant Kole Kingsland.  The parties have resolved the current dispute.  Neither defendant has answered.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this notice of dismissal of this lawsuit in its entirety, without prejudice to refiling.

Dated:  April 5, 2016.            Respectfully submitted,

/s/ *Theodore G. Baroody*
Theodore G. Baroody
Texas State Bar No. 01797550
CARSTENS & CAHOON, LLP
13760 Noel Rd., Suite 900
Dallas, Texas  75240
(972) 367-2001
(972) 367-2002 Fax
baroody@cclaw.com

**ATTORNEYS FOR PLAINTIFF TTNA, INC.**

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 5th day of April, 2016.  Any other counsel of record will be served by first class mail or personal service or email.

                                                      /s/     *Theodore G. Baroody*
                                                         Theodore G. Baroody